IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROVELLA JOHNSON,**<br>             **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **PHILADELPHIA HOUSING AUTHORITY,**<br>             **Defendant.** | **NO.  14-5393** |

## ORDER

**AND NOW**, this 29th day of January, 2014, this matter having come before the Court on Defendant's Motion to Dismiss Count II of the Complaint and on the parties' Supplemental Briefs thereon, it is **ORDERED** that Defendant's Motion is **GRANTED IN PART**, and that Count II of the Complaint is **DISMISSED WITH PREJUDICE**.

Date: _____          **BY THE COURT:**

                                                            **/S/ WENDY BEETLESTONE, J.**

                                                            _____
                                                            **WENDY BEETLESTONE, J.**