IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROVELLA JOHNSON,**<br>          **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **PHILADELPHIA HOUSING AUTHORITY,**<br>          **Defendant.** | **NO. 14-5393** |

# O R D E R

**AND NOW**, this 26th day of August, 2015, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 39) and the briefing thereon and in opposition thereto, **IT IS ORDERED** that:

Defendant's motion is **GRANTED**;

**JUDGMENT** is entered in favor of Defendant; and

The Clerk of Court shall close this case.

BY THE COURT:

/S/WENDY BEETLESTONE, J.

_____

**WENDY BEETLESTONE, J.**